UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAN MORIN,

        Plaintiff,

   v.

HURLIMAN BOAT REPAIR, et al.,

        Defendants.

NO. CIV. S-13-0136 LKK/DAD

**O R D E R**

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(c). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS ORDERED that any hearing dates currently set before the undersigned are **VACATED**.

1

1    IT IS FURTHER ORDERED that the Clerk of the Court reassign
2 this case to the Honorable Dale A. Drozd, United States Magistrate
3 Judge.  All future documents filed in the above-captioned case
4 shall reference the following case number:  No. Civ. S-13-0136 DAD.
5    DATED:  April 2, 2013

                                  /s/Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

9    Having also reviewed the file, I accept reference of this case
10 for all further proceedings and entry of final judgment.
11 DATED: April 2, 2013.

                    _____
                    DALE A. DROZD
                    UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
morin0135.consent.frm