1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    VAN MORIN,

11            Plaintiff,                    No. 2:13-cv-0136 DAD

12        vs.

13    HURLIMAN BOAT REPAIR, et al.,    ORDER SETTING STATUS
                                       (PRETRIAL SCHEDULING)
14            Defendants.              CONFERENCE

15    _____/

16            Each of the parties in the above-captioned case have consented to proceed before

17    the assigned magistrate judge.  By order filed April 3, 2013, the action was reassigned to the

18    undersigned.

19            Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT

20    IS ORDERED that:

21            1.  A Status (Pretrial Scheduling) Conference is set for **Friday, June 7, 2013, at**

22    **10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in

23    Courtroom No. 27, before the undersigned.

24            2.  Each party is required to appear at the Status Conference either by counsel or,

25    if proceeding in propria persona, on his own behalf.  Any party may appear at the status

26    conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the

                                         1

courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, <u>no later than 48 hours</u>
<u>before the Status (Pretrial Scheduling) Conference</u>; a land line telephone number must be
provided by the party requesting telephonic appearance.

        3.  Plaintiff shall file and serve a status report on or before **May 24, 2013,** and
defendants shall file and serve a status report on or before **May 31, 2013**.  Each party's status
report shall address all of the following matters:

    a.      Progress of service of process;

    b.      Possible joinder of additional parties;

    c.      Possible amendment of the pleadings;

    d.      Jurisdiction and venue;

    e.      Anticipated motions and the scheduling thereof;

    f.      Anticipated discovery and the scheduling thereof,
including disclosure of expert witnesses;

    g.      Future proceedings, including the setting of
appropriate cut-off dates for discovery and for law
and motion, and the scheduling of a final pretrial
conference and trial;

    h.      Modification of standard pretrial procedures
specified by the rules due to the relative simplicity
or complexity of the action;

    i.      Whether the case is related to any other case,
including matters in bankruptcy;

    j.      Whether the parties will stipulate to the magistrate
judge assigned to this matter acting as settlement
judge, waiving any disqualification by virtue of his
so acting, or whether they prefer to have a
Settlement Conference before another magistrate
judge; and

    k.      Any other matters that may aid in the just and expeditious
disposition of this action.

/////

/////

1         4.  The parties are cautioned that failure to file a status report, or failure to appear

2  at the status conference either in person or telephonically, may result in an order imposing an

3  appropriate sanction.  See Local Rules 110 and 183.

4  DATED: April 17, 2013.

5

6  _____

7  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12  DAD:6
   Ddad1\orders.consent\morin0136.ossc

13

14

15

16

17

18

19

20

21

22

23

24

25

26