UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN MORIN,<br><br>          Plaintiff,<br><br>     v.<br><br>HURLIMAN BOAT REPAIR, et al.,<br><br>          Defendants. | No.  2:13-cv-0136 DAD<br><br><br><br>ORDER |

Pending before the court is an order to show cause due to the failure of plaintiff's counsel to appear at the settlement conference and to comply with the court's orders.  Plaintiff's counsel has filed a response to the order to show cause.  The declaration submitted by counsel fails to demonstrate why counsel should not bear the burden of the expenses unnecessarily incurred by defendants for attendance at the settlement conference held on August 16, 2013.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel is ordered to reimburse defendants in the sum of $1077.20.  Said sum shall not be billed to plaintiff.

2. The court is available for a settlement conference on September 10, 12, or 13, 2013.  No later than September 3, 2013, the parties shall advise the courtroom deputy, Kyle Owen, (916) 930-4004, which of the above dates is mutually agreeable to the parties.  Upon advisement of a mutually agreeable date, the matter will be set for further settlement conference.  In light of

plaintiff's medical condition, plaintiff need not personally appear at the settlement conference but counsel appearing for plaintiff must have full authority to settle the matter on any terms. No further settlement conference statements need be submitted.

Dated: August 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4  morin0136.san