UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAN MORIN,

        Plaintiff,

   v.

HURLIMAN BOAT REPAIR, et al.,

        Defendants.

No. 2:13-cv-0136 DAD

ORDER

Each of the parties in the above-captioned case consented to proceed before the assigned magistrate judge. Accordingly, by order filed April 3, 2013, the action was reassigned to the undersigned.

Good cause appearing, **IT IS ORDERED** that:

    1. A Mid-Litigation Status Conference is set for **Friday**, **May 2, 2014, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

    2. Counsel of record <u>shall</u> <u>appear</u> at the Mid-Litigation Status Conference <u>telephonically</u> by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Mid-Litigation Status Conference. A land

/////

/////

1

line telephone number must be provided[1];

      3. Each party may, but is not required to, file a statement addressing the status of the litigation of this action, of no more than five pages in length, on or before April 25, 2014; and

      4. The parties are cautioned that failure to appear at the status conference telephonically may result in an order imposing an appropriate sanction. See Local Rules 110 and 183.

Dated: April 3, 2014

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\morin0136.mlc.ord.docx

---

[1] The court notes that plaintiff's counsel, Russell S. Humphrey, has failed to appear before this court in this action on multiple occasions, most recently at the January 31, 2014 hearing of his motion to withdraw as plaintiff's attorney. That motion was denied and Mr. Humphrey, therefore, remains plaintiff's counsel of record in this action. Mr. Humphrey is cautioned that his failure to appear at the status conference now scheduled in this matter will result in the imposition of sanctions.

2