Russell S. Humphrey  (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA   95242
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Plaintiff Van Morin

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAN MORIN, | **No. 2:13-cv-00136-DAD** |
| Plaintiff, | |
| vs. | **STIPULATED DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE AND ORDER** |
| HURLIMAN BOAT REPAIR, et al., | |
| Defendants. | |

PLAINTIFF, Van Morin, through counsel Russell S. Humphrey, and DEFENDANTS, Steven Hurliman and Hurliman Boat Repair, through counsel Ross R. Nott, hereby request an order dismissing, with prejudice, ALL DEFENDANTS from the above-entitled action. This request for dismissal is made pursuant to FRCP 41 (a)(2).

- 1 -

The parties also agree and stipulate to the following:

PLAINTIFF agrees to dismiss the entire action with prejudice as to all DEFENDANTS.  PLAINTIFF also agrees to never patronize Hurliman Boat Repair for any purpose in the future.

DEFENDANTS agree not to sue PLAINTIFF for any claims arising out of this litigation and to waive any potential causes of action they may, or may not, have against PLAINTIFF concerning the facts and circumstances underlying this civil matter. DEFENDANTS also agree to provide PLAINTIFF with a copy of each of the videotapes taken of PLAINTIFF by DEFEDANT, or their representatives, in preparation for this litigation.

Further, the parties shall be responsible for their own costs and attorney fees.


Dated:  June 17, 2014

                            Humphrey Law Group

                             /s/ Russell S. Humphrey
                            By: RUSSELL S. HUMPRHEY
                            Attorney for Plaintiff


                            Spinelli, Donald & Nott


                            */s/ Ross R. Nott*
                            _____
                             By: ROSS R. NOTT
                             Attorney for Defendants

**ORDER**

Pursuant to the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: June 17, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
morin0136.stip.dism.ord.doc

- 3 -